# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 241 WAL 2016

          Respondent

                                 :    Petition for Allowance of Appeal from the Order of the Superior Court

          v.

DARNELL TOLLIVER,

          Petitioner                   :

## ORDER

**PER CURIAM**

       **AND NOW**, this 28th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.